EMILY RINGLING, Appellant, v. JOHN RINGLING NORTH and IDA RINGLING NORTH, as Executors, etc., of JOHN RINGLING, Deceased, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GOLDSTEIN, Appellant, Impleaded with Another, Defendant.—Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

PAULINE PEARL KLEIN, Appellant, v. ARTHUR L. LANS and Others, Respondents.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

GLORIA RENZULLI, an Infant under the Age of Fourteen Years, by JOSEPH RENZULLI, Guardian ad Litem, and JOSEPH RENZULLI, Respondents, v. MARY PISACANO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEELY McDONNELL, Appellant.—Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

LAWYERS MORTGAGE COMPANY, Respondent, v. RUBEN ZARETZKY, also Known as CHARLES R. ZARETTE, Appellant.—Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

MARY SCHUMACHER and AUGUST SCHUMACHER, Respondents, v. THOMAS E. MURRAY, JR., as Receiver of the INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

MODERN BEAUTY SHOP, INC., Respondent, Appellant, v. E. FREDERICS, INC., Appellant, Respondent. (Consolidated Appeals.)— Order entered on or about November 10, 1937, and the judgment entered thereon, unanimously reversed, with costs to the defendant, and the motion denied, on the ground that no unconditional amendment of the complaint was made. Order entered on or about July 22, 1937, unanimously affirmed. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

DAVID KASS, Appellant, v. MAURICE GREENSTEIN, Respondent.— Order unanimously affirmed with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

ELIZABETH BACHAND and JOSEPH A. BACHAND, Respondents, v. DANIEL REEVES, INC., Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.; Callahan, J., dissents on the ground that there was no evidence of negligence on the part of defendant, Daniel Reeves, Inc.

PARAMOUNT CAB CORPORATION, Appellant, Respondent, and Others, Plaintiffs, v. GENERAL TIRE & RUBBER COMPANY, Defendant. ROBERT SEELAV, Respondent, Appellant.—Order unanimously affirmed, without costs. No opinion. Present — O'Malley, Townley, Glennon and Untermyer, JJ.